UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPOD, INC., *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>KINDER MORGAN LIQUIDS TERMINALS LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01498-ADA-CDB<br><br>ORDER GRANTING APPLICATIONS OF GARMAI J. GORLORWULU AND MEGAN HOULIHAN TO PRACTICE *PRO HAC VICE*<br><br>(Docs. 34-35) |

　　　The Court has read and considered the applications of Garmai J. Gorlorwulu and Megan Houlihan, attorenys for Defendant Kinder Morgan Liquids Terminals LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Docs. 34-35). For good cause appearing, Garmai J. Gorlorwulu and Megan Houlihan's applications for admission to practice *pro hac vice* are HEREBY GRANTED.

IT IS SO ORDERED.

　　Dated: __**November 29, 2023**__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE