UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPOD, INC., *et al*. | Case No. 1:23-cv-01498-ADA-CDB |
| Plaintiffs, | ORDER GRANTING APPLICATIONS OF GARMAI J. GORLORWULU AND MEGAN HOULIHAN TO PRACTICE *PRO HAC VICE* |
| v. | |
| KINDER MORGAN LIQUIDS TERMINALS LLC, | (Docs. 34-35) |
| Defendant. | |

The Court has read and considered the applications of Garmai J. Gorlorwulu and Megan Houlihan, attorenys for Defendant Kinder Morgan Liquids Terminals LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Docs. 34-35). For good cause appearing, Garmai J. Gorlorwulu and Megan Houlihan's applications for admission to practice *pro hac vice* are HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   __**November 29, 2023**__                    _____

UNITED STATES MAGISTRATE JUDGE