UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPOD, INC,, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KINDER MORGAN LIQUIDS TERMINALS LLC,<br><br>Defendant. | Case No. 1:23-cv-01498-KES-CDB<br><br>ORDER ON PARTIES' SECOND STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY AND NON-DISPOSITIVE MOTION DEADLINES <u>AS MODIFIED</u><br><br>(Doc. 66) |

Plaintiffs LPOD, Inc., Michael J. Porter, M&W Properties, LLC, and Bryan Porter ("Plaintiffs") initiated this action with the filing of a complaint in state court on October 26, 2020, before Defendant Kinder Morgan Liquids Terminals LLC ("Defendant") removed the action to this Court on October 20, 2023.  (Doc. 1).

On May 14, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines.  (Doc. 58).  On April 14, 2026, the Court granted the parties' stipulated request to amend the scheduling order (Doc. 64) and continued the expert discovery deadline of the scheduling order from April 22, 2026, to and including April 27, 2026. (Doc. 65).

Pending before the Court is the parties' second stipulated request to amend the scheduling order to continue expert discovery and non-dispositive motion deadlines, filed on April 28,

2026. (Doc. 66). The parties seek to extend expert discovery from April 27, 2026, to and including April 30, 2026, and extend the non-dispositive motion filing deadline, including for the filing of *Daubert* motions, from May 5, 2026, to and including June 22, 2026. *Id.* at 1. The parties represent that additional time is needed to complete the deposition of Douglas Parker after he did not produce a spreadsheet at the April 27, 2026, deposition, and the parties agreed to resume on April 30, 2026, after Mr. Parker produced responsive documents. *Id.* at 2; *see* (Doc. 66-1, Declaration of M. Ray Hartman, III ("Hartman Decl.") ¶ 6). Further, the parties seek additional time for the filing of non-dispositive motions, including *Daubert* motions, to accommodate the brief delay in completing expert discovery and to allow Defendant to evaluate and potentially challenge the supplemental report of Jonathan Gerber. *Id.* at 3; Hartman Decl. ¶¶ 11-12.

For good cause shown, the parties' second stipulated request to amend the scheduling order for a limited extension of the expert discovery and non-dispositive motion deadlines will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 58, 65) is amended <u>as modified</u> as set forth below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Expert Discovery | April 27, 2026 | April 30, 2026 |
| Non-Dispositive Motion Filing | May 5, 2026 | June 22, 2026 |
| Non-Dispositive Motion Hearing | June 6, 2026, at 10:30 AM | <u>August 3, 2026, at 10:30 AM</u> |

All other provisions of the operative scheduling order (Docs. 58, 65) not in conflict with the modifications granted herein continue to govern and remain in effect.

IT IS SO ORDERED.

Dated:   **April 29, 2026**        _____
                                    UNITED STATES MAGISTRATE JUDGE