# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LPOD, INC., a California Corporation, dba, LAS PALMAS OIL & DEHYDRATION; and MICHAEL J. PORTER, an individual, BRYAN PORTER, an individual, and M&W PROPERTIES, LLC,

Plaintiffs,

v.

KINDER MORGAN LIQUIDS TERMINALS, LLC; and DOES 1 through 25, inclusive,

Defendants.

Case No. 1:23-CV-01498-KES-CDB

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT BRIEFING**

MF-370491467

Before the Court is Defendant Kinder Morgan Liquids Terminals, LLC and Plaintiffs LPOD, Inc., Michael J. Porter, Bryan Porter, and M&W Properties, LLC's Joint Administrative Motion to Extent Page Limits for Motion for Summary Judgment Briefing.

The Motion is hereby GRANTED. The page limit for the parties' Motions for Summary Judgment and oppositions thereto is extended to 40 pages. Further, the page limit for the parties' reply to any opposition is extended to 20 pages.

IT IS SO ORDERED

Date: May 27, 2026

_____
United States District Judge

MF-370491467

2